IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

WEIRTON STEEL CORPORATION,
LIQUIDATING TRUST, Successor in
Interest to Weirton Steel Corporation,

                    Plaintiff, : CIVIL ACTION NO. 5:07-CV-122

v.                                   : Hon. Frederick P. Stamp. Jr.

ZURICH SPECIALTIES LONDON, LTD.,

                    Defendant.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Erin Fischer Acton, Esquire, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

                                                          /s/ Frederick P. Stamp, Jr.
                                                          Honorable Frederick P. Stamp, Jr.
                                                          United States District Judge

\4811132.1