IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT WHEELING

FILED OCT 10 2007 U.S. DISTRICT COURT WHEELING, WV 26003

WEIRTON STEEL CORPORATION,
LIQUIDATING TRUST, Successor in
Interest to Weirton Steel Corporation,

        Plaintiff,

v.

ZURICH SPECIALTIES LONDON, LTD.,

        Defendant.

CIVIL ACTION NO. 5:07-CV-122

Hon. Frederick P. Stamp, Jr.

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Ronald W. Crouch, Esquire, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

        /s/ Frederick P. Stamp, Jr.
        Honorable Frederick P. Stamp, Jr.
        United States District Judge

M810629.1