# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
NOV 29 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

WEIRTON STEEL CORPORATION,
LIQUIDATING TRUST
      **Plaintiff(s),**

        v.                          Civil   NO: 5:07-CV-122

ZURICH SPECIALTIES LONDON,
LTD.
      **Defendant(s).**

# ORDER

      Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Bryan R. Diederich                , it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

      ENTER:    11/29/07

                                  United States District Judge